# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## '08 - CV - 02206 -BNB

Civil Action No. _____

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

GORDON INGRAHAM,

    Plaintiff,

v.

JOSEPH ORTIZ,
JOE STOMMEL,
BURL MCCULLAR,
CHARLES OLIN,
JAMES LANDER,
BONNIE CANTU, and
SALLY CHAPMAN, individually and in their official capacities,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 10 2008

GREGORY C. LANGHAM
    CLERK

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

Plaintiff Gordon Ingraham has submitted a Prisoner Complaint, and an

Addendum to Civil Action and Motion to Compel Production. As part of the court's

review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are in proper form. Therefore, the clerk of the court will be directed to

commence a civil action. Plaintiff also has tendered the $350.00 filing fee. The clerk

of the court will be directed to mail to the Plaintiff, together with a copy of this order, a

receipt for full payment of the $350.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, a receipt for full payment of the $350.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this _10th_ day of _October_ , 2008.

BY THE COURT:

_Boyd N. Boland_

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '08 - CV - 02206-BNB

Gordon Ingraham
Reg No. 100983
Fremont Correctional Facility
P.O. Box 999
Cañon City, CO 81215-0999

    I hereby certify that I have mailed a copy of the **ORDER and a receipt for the full
$350.00 filing fee** to the above-named individuals on _____10/10/08_____

 

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk