IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02206-BNB

GORDON INGRAHAM,

    Plaintiff,

v.

JOSEPH ORTIZ,
JOE STOMMEL,
BURL McCULLAR,
CHARLES OLIN,
JAMES LANDER,
BONNIE CANTU, and
SALLY CHAPMAN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 30 2008

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff Gordon Ingraham is a prisoner in the custody of the Colorado Department of Corrections. Mr. Ingraham initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983. On October 16, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Ingraham to file an amended complaint to allege personal participation by each of the named Defendants. Mr. Ingraham was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days. On November 6, 2008, Magistrate Judge Boland entered a minute order denying Mr. Ingraham's request to hold these proceedings in abeyance and granting his alternative request for an extension of time. Mr. Ingraham was directed to file his amended complaint on or before December 15, 2008.

Mr. Ingraham has failed within the time allowed to file an amended complaint as directed. Therefore, the complaint and the action will be dismissed without prejudice for failure to file an amended complaint as directed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to file an amended complaint as directed.

DATED at Denver, Colorado, this 30 day of December, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02206-BNB

Gordon Ingraham
Prisoner No. 100983
Fremont Correctional Facility
P.O. Box 999
Cañon City, CO 81215-0999

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/30/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk